

United States Government

**NATIONAL LABOR RELATIONS BOARD**

**OFFICE OF THE GENERAL COUNSEL**

Washington, D.C.  20570

April 16, 2026

**<u>VIA CM/ECF</u>**

Catherine O'Hagan Wolfe
Clerk, U.S. Court of Appeals
  for the 2nd Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:    *Amazon Labor Union No. 1, International Brotherhood of Teamsters v. NLRB*,
        2nd Cir. No. 26-933

Dear Ms. O'Hagan Wolfe:

       Please see attached Consolidation Order of the Joint Panel for Multicircuit

Litigation, which assigns the subject case to the U.S. Court of Appeals for the Fifth

Circuit.

                              Very truly yours,

                              /s/ Ruth E. Burdick
                              Ruth E. Burdick
                              Deputy Associate General Counsel
                              National Labor Relations Board
                              1015 Half Street, SE
                              Washington, DC 20570

Attachment

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: NATIONAL LABOR RELATIONS BOARD, AMAZON.COM SERVICES LLC AND AMAZON LABOR UNION, 374 NLRB NO. 2, ISSUED ON APRIL 1, 2026**

MCP No. 201

(SEE ATTACHED SCHEDULE)

## CONSOLIDATION ORDER

The National Labor Relations Board issued a decision and order dated on April 1, 2026. On April 14, 2026 the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included petitions for review pending in two courts of appeal as follows: Second Circuit, Fifth Circuit

The Panel has randomly selected the United States Court of Appeals for the Fifth Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the Fifth Circuit, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

Jeffrey Hayne Case Payne

Random Selector        dministrator

Davis Operations Supervisor

Wilhecksra

**IN RE: NATIONAL LABOR RELATIONS BOARD,
AMAZON.COM SERVICES LLC AND AMAZON
LABOR UNION, 374 NLRB NO. 2, ISSUED ON
APRIL 1, 2026**

MCP No. 201

## SCHEDULE OF PETITIONS

**CIRCUIT NO.**

**CASE CAPTION**

Second Circuit, No. 26-933

Amazon Labor Union No. 1, International
Brotherhood of Teamsters v. NLRB

Fifth Circuit, No. 26-60238

Amazon.com Services LLC v. NLRB