MANDATE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL LABOR RELATIONS BOARD,
AMAZON.COM SERVICES LLC AND AMAZON
LABOR UNION, 374 NLRB NO. 2, ISSUED ON
APRIL 1, 2026                                                    MCP No. 201

(SEE ATTACHED SCHEDULE)

## CONSOLIDATION ORDER

The National Labor Relations Board issued a decision and order dated on April 1, 2026. On April 14, 2026 the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included petitions for review pending in two courts of appeal as follows: Second Circuit, Fifth Circuit

The Panel has randomly selected the United States Court of Appeals for the Fifth Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the Fifth Circuit, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

Jeffrey Layne, Case Administrator
Random Selector

Delora Davis, Operations Supervisor
Witness

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/16/2026

**IN RE: NATIONAL LABOR RELATIONS BOARD, AMAZON.COM SERVICES LLC AND AMAZON LABOR UNION, 374 NLRB NO. 2, ISSUED ON APRIL 1, 2026**

MCP No. 201

## SCHEDULE OF PETITIONS

| CIRCUIT NO. | CASE CAPTION |
|---|---|
| Second Circuit, No. 26-933 | Amazon Labor Union No. 1, International Brotherhood of Teamsters v. NLRB |
| Fifth Circuit, No. 26-60238 | Amazon.com Services LLC v. NLRB |